Same case below, 631 F.3d 597.

**No. 10-10149. Jose Antonio Leyva-Martinez, Petitioner v. United States.**

563 U.S. 1015, 131 S. Ct. 2920, 179 L. Ed. 2d 1260, 2011 U.S. LEXIS 3948.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 632 F.3d 568.

**No. 10-10154. Maricela Tarin, aka Marisela Tarin, Petitioner v. United States.**

563 U.S. 1015, 131 S. Ct. 2920, 179 L. Ed. 2d 1260, 2011 U.S. LEXIS 3896.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 408 Fed. Appx. 835.

**No. 10-10157. Lashawn Lorenza Anderson, Petitioner v. United States.**

563 U.S. 1015, 131 S. Ct. 2920, 179 L. Ed. 2d 1260, 2011 U.S. LEXIS 3973.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 420 Fed. Appx. 897.

**No. 10-10161. Robert A. Anderson, Petitioner v. United States.**

563 U.S. 1015, 131 S. Ct. 2920, 179 L. Ed. 2d 1260, 2011 U.S. LEXIS 3831.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-10168. Rafael Richarte, Petitioner v. United States.**

563 U.S. 1015, 131 S. Ct. 2921, 179 L. Ed. 2d 1260, 2011 U.S. LEXIS 3859.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 413 Fed. Appx. 769.

**No. 10-10169. Kenneth Michael Wilcox, Petitioner v. United States.**

563 U.S. 1015, 131 S. Ct. 2921, 179 L. Ed. 2d 1260, 2011 U.S. LEXIS 3955.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 631 F.3d 740.

**No. 10-10171. Dominique Carmichael, Petitioner v. United States.**

563 U.S. 1015, 131 S. Ct. 2921, 179 L. Ed. 2d 1260, 2011 U.S. LEXIS 4011.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 408 Fed. Appx. 769.

**No. 10-10174. Sherman Moore, Petitioner v. United States.**

563 U.S. 1015, 131 S. Ct. 2921, 179 L. Ed. 2d 1260, 2011 U.S. LEXIS 3843.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.